UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**WILLIAM EARL MOORE, JR.,**

    **Plaintiff,**

**v.**                                         **Case No. 1:23-cv-01212-SHM-tmp**

**WISER, ET AL.,**

    **Defendants.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint (D.E. No. 6) is dismissed with prejudice in part and without prejudice in part. The Court certifies that an appeal would not be taken in good faith and Plaintiff is denied Leave to Proceed In Forma Pauperis on Appeal. This action is dismissed in accordance with the Order (D.E. No. 16) docketed July 22, 2024.


# APPROVED:

*/s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| *July 22, 2024* | WENDY R. OLIVER |
| DATE | CLERK |
| | */s/  Jairo Mendez* |
| | (By) DEPUTY CLERK |